Before STATE INDUSTRIAL BOARD, Respondent.  THOMAS VAN DYKE, Respondent, v. ULEN CONTRACTING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.  JAMES CHEFETY, Respondent, v. JAMES A. HEARN & SON, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, because of the failure to file the claim for compensation within one year after the accident.  All concur.

Before STATE INDUSTRIAL BOARD, Respondent.  MARGARET S. NICHOLS and Another, Respondents, v. FRANKLIN DIE CASTING CORPORATION and Another, Appellants.— Award modified by striking out the allowance of compensation to the father, and reducing the allowance for funeral expenses to $100, and as so modified unanimously affirmed, without costs.

PRESTON HERNDON, Respondent, v. GEORGE HALL, Appellant.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK A. DUDLEY, Relator, v. STATE TAX COMMISSION and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

ANNA HAAS, Appellant, v. ELIZA GAN SPRENBURGH and Others, Respondents. — Order and judgment unanimously affirmed, with costs, on the opinion of Staley, J., at Trial [Special] Term.  [Reported in 122 Misc. 458.]

F. S. ROYSTER GUANO COMPANY, Appellant, v. LOUIS D. LE FEVRE, Respondent.— Judgment and order unanimously affirmed, with costs.

DOMINIC RAPPAZZO, Respondent, v. ANTONINO RUSSO and Another, Appellants.— Judgment unanimously affirmed, with costs.

RAY GAUL, Doing Business under the Assumed Name of ALBANY WELDING AND BOILER SHOP, Appellant, v. HOWARD N. DRAKE, Respondent.— Judgment and order unanimously affirmed, with costs.  Hinman, J., not sitting.

WILLIAM W. McCARTHY and Others, Respondents, v. SANTA CLARA LUMBER COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

ELLA LYNCH, Respondent, v. EDWARD BRAYER and Another, Appellants.— Order unanimously affirmed, with costs.